UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

BANK OF AMERICA, N.A.,

                Plaintiff,

   v.

SUNDANCE HOMEOWNERS' ASSOCIATION INC, *et al.*,

                Defendants.

Case No. 2:16-cv-01032-RFB-GWF

**<u>ORDER</u>**

    Before the Court for consideration is the Report and Recommendation (ECF No. 35) of the Honorable George Foley, Jr., United States Magistrate Judge, entered October 31, 2018.

    A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by November 14, 2018. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 35) is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that default is entered against Defendant Alessi & Koenig.

DATED: November 29, 2018.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**