MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
tenesa.powell@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SUNDANCE HOMEOWNERS ASSOCIATION, INC.; ALESSI & KOENIG, LLC; AND LN MANAGEMENT LLC SERIES 1467 HIALEAH B, <br><br> Defendants. | Case No.: 2:16-cv-01032-RFB-GWF <br><br> **STIPULATION TO DISMISS ALL REMAINING CLAIMS WITH PREJUDICE** |

Plaintiff Bank of America, N.A. (**BANA**) and defendant LN Management LLC Series 1467 Hialeah B stipulate to dismiss all remaining claims, with prejudice.[1]

///

///

///

///

///

///

///

---

[1] The court dismissed BANA's claims against defendant Sundance Homeowners Association, Inc. on October 16. (ECF No. 55.) Defendant Alessi & Koenig, LLC does not have counsel of record and has been defaulted. (ECF No. 37.)

50607734;1

Each party shall bear its own attorney's fees and costs.

DATED October 30, 2019.

**AKERMAN LLP**

| | |
|---|---|
| */s/ Tenesa S. Powell, Esq.* | */s/ Kerry P. Faughnan, Esq.* |
| MELANIE D. MORGAN, ESQ. | KERRY P. FAUGHNAN, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 12204 |
| TENESA S. POWELL, ESQ. | P.O. Box 335361 |
| Nevada Bar. No. 12488 | Las Vegas, Nevada 80933 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | *Attorney for defendant LN Management LLC Series 1467 Hialeah B* |
| *Attorneys for plaintiff Bank of America, N.A.* | |

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 1st day of November, 2019.